UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JEFFERY GERMANY and**     **PLAINTIFFS**
**NATALIE GERMANY**

**v.**     **CAUSE NO. 3:24-cv-674-KHJ-MTP**

**RANKIN COUNTY SHERIFF'S DEPARTMENT**
**And JOHN DOES 1-10**     **DEFENDANTS**

## MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW** Defendant Rankin County Sheriff's Department ("RCSD"), by and through counsel, and moves this Court for judgment on the pleadings by stating as follows:

1) The allegations in Plaintiffs' [1] Complaint are false and directly disputed by Jeffery Germany's deposition testimony and video evidence.

2) RCSD is not a political subdivision and is not amenable to suit.

3) Plaintiffs have failed to plead a facially plausible *Monell* claim against this Defendant.

4) Plaintiffs cannot recover punitive damages from this Defendant under § 1983 as a matter of law.

5) This Defendant is entitled to § 1988 fees from Plaintiffs due to the frivolous, unreasonable, and/or goundless allegations in the [1] Complaint.

6) Based on the facts, legal precedent, and analysis in its accompanying Memorandum of Authorities, RCSD respectfully requests that all claims against it be dismissed and that it be awarded § 1988 fees in its favor.

7) This Defendant relies upon and submits the following exhibits in support of its instant motion:

    a. **Exhibit 1** – Complaint;

    b. **Exhibit 2** – Deposition of Jeffery Germany; and

    c. **Exhibit 3** – BWC Video of Jeffery Germany's Arrest (Filed Conventionally).

**WHEREFORE, PREMISES CONSIDERED,** Rankin County Sheriff's Department prays that this Court grant its instant motion, dismiss any and all claims against it, and award it § 1988 fees as proven by proper submission.

**RESPECTFULLY SUBMITTED**, this 22nd day of April, 2025.

          **RANKIN COUNTY SHERIFF'S DEPARTMENT – DEFENDANT**

          BY:   /s/ *Jason E. Dare*
                 **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone:   (601) 987-5307
Facsimile:    (601) 987-5307