## Exhibit 3 – BWC Video

-------------------------------------------------------------------------------

TO BE CONVENTIONALLY FILED WITH THE CLERK OF COURT